UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
BUILDING & PUBLIC WORKS LABORERS
VACATION FUND, and THOMAS FISHER,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

MASONS LOCAL 8 HEALTH FUND,
and FREDERICK HULTQUIST,

BUILDING TRADES UNITED PENSION
TRUST FUND and NACARCI FEASTER,

INDUSTRY ADVANCEMENT PROGRAM/CONTRACT
ADMINISTRATION,

        Plaintiffs,

v.                                        Case No. 08-CV-734

TWIN MASONRY, LLC
and JOHN E. OROSCO,

        Defendants.

---

### ENTRY OF DEFAULT

---

The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that Defendants Twin Masonry, LLC and John E. Orosco have failed to appear, plead or otherwise defend as provided under the Fed. R. Civ. P., and that fact having been made to appear by the Affidavit of the attorney for the Plaintiffs;

The Clerk hereby enters the default of Defendants Twin Masonry, LLC and John E.

Orosco pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 3rd day of March, 2009.

                                                Peter Oppeneer, Clerk of Court