DOCKET#
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

MAR 2 5 2009

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
BUILDING & PUBLIC WORKS LABORERS
VACATION FUND, and THOMAS FISHER,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

MASONS LOCAL 8 HEALTH FUND,
and FREDERICK HULTQUIST,

BUILDING TRADES UNITED PENSION
TRUST FUND and NACARCI FEASTER,

INDUSTRY ADVANCEMENT PROGRAM/CONTRACT
ADMINISTRATION,

    Plaintiffs,

v.                    Case No. 08-CV-734

TWIN MASONRY, LLC
and JOHN E. OROSCO,

    Defendants.

---

## ORDER FOR JUDGMENT
## AS TO DEFENDANT TWIN MASONRY, LLC

---

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, Orders as follows:

    1.    Defendant Twin Masonry, LLC has failed to plead or otherwise defend as

provided by Rule 55(a) of the Fed. R. Civ. P.

2. Twin Masonry, LLC violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit fund contributions, interest and liquidated damages on behalf of its employees to the Plaintiff Funds.

3. The court assesses the total damages in favor of the Plaintiffs and against the Defendant in the sum of $28,342.29 for contributions, interest and liquidated damages for the audited periods August 1, 2006 through September 30, 2007 and September 1, 2007 through June 30, 2008 as well as attorneys fees and costs incurred in their prosecution of this matter.

IT IS HEREBY ORDERED that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Laborers Health Fund, Building & Public Works Laborers Vacation Fund, Thomas Fisher, Wisconsin Laborers-Employers Cooperation and Education Trust Fund, Masons Local 8 Health Fund, Frederick Hultquist, Building Trades United Pension Trust Fund, Nacarci Feaster, and Industry Advancement Program/Contract Administration, and against Defendant Twin Masonry, LLC in the amount of $28,342.29.

Dated this 25th day of March, 2009.

BY THE COURT

_____
U. S. District Court Judge