UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

DOCKET#_____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

MAR 2 5 2009

---

WISCONSIN LABORERS HEALTH FUND,
BUILDING & PUBLIC WORKS LABORERS
VACATION FUND, and THOMAS FISHER,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

MASONS LOCAL 8 HEALTH FUND,
and FREDERICK HULTQUIST,

BUILDING TRADES UNITED PENSION
TRUST FUND and NACARCI FEASTER,

INDUSTRY ADVANCEMENT PROGRAM/CONTRACT
ADMINISTRATION,

       Plaintiffs,

v.                                                                Case No. 08-CV-734

TWIN MASONRY, LLC
and JOHN E. OROSCO,

       Defendants.

---

ORDER FOR JUDGMENT
AGAINST DEFENDANT JOHN E. OROSCO

---

A request and application for default judgment against Defendant John E. Orosco brought by the Plaintiff Building & Public Works Laborers Vacation Fund in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, Orders as follows:

1.  Defendant John E. Orosco has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.  John E. Orosco violated the Employee Retirement Income Security Act of 1974, as amended, by failing to pay fringe benefit contributions to the plaintiff Building & Public Works Laborers Vacation Fund, said contributions having been deducted from Twin Masonry, LLC's employees' paychecks.

3.  The court assesses the total damages in favor of the plaintiff Building & Public Works Laborers Vacation Fund and against the Defendant John E. Orosco in the sum of $411.00 for contributions for the audited period September 1, 2007 through June 30, 2008 as well as attorney's fees and costs incurred in their prosecution of this matter.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiff, Building & Public Works Laborers Vacation Fund, and against Defendant John E. Orosco in the amount of $411.00 together with interest at the rate allowed by law.

Dated this 25th day of March, 2009.

BY THE COURT

_Barbara B Crabb_
U. S. District Court Judge