UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
BUILDING & PUBLIC WORKS LABORERS
VACATION FUND, and THOMAS FISHER,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

MASONS LOCAL 8 HEALTH FUND,
and FREDERICK HULTQUIST,

BUILDING TRADES UNITED PENSION
TRUST FUND and NACARCI FEASTER,

INDUSTRY ADVANCEMENT PROGRAM/CONTRACT
ADMINISTRATION,

   Plaintiffs,

 v.             Case No. 08-CV-734

TWIN MASONRY, LLC
and JOHN E. OROSCO,

   Defendants.

---

ENTRY OF JUDGMENT AGAINST DEFENDANT JOHN E. OROSCO
ON THE DECISION BY THE COURT

---

 This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

 **IT IS ORDERED AND ADJUDGED** that the plaintiff Building & Public Works Laborers Vacation Fund recover from Defendant John E. Orosco the sum of $411.00 with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this 26th day of ~~February~~ March, 2009.

_____
Clerk of Court

_____
Deputy Clerk

Approved as to form this 25th day of ~~February~~ March, 2009.

_____
U. S. District Court Judge