UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS HEALTH FUND,
BUILDING & PUBLIC WORKS LABORERS
VACATION FUND, and THOMAS FISHER,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

MASONS LOCAL 8 HEALTH FUND,
and FREDERICK HULTQUIST,

BUILDING TRADES UNITED PENSION
TRUST FUND and NACARCI FEASTER,

INDUSTRY ADVANCEMENT PROGRAM/CONTRACT
ADMINISTRATION,

        Plaintiffs,

v.                                                                Case No. 08-CV-734

TWIN MASONRY, LLC
and JOHN E. OROSCO,

        Defendants.

## ENTRY OF JUDGMENT ON THE DECISION BY THE COURT
## AS TO DEFENDANT TWIN MASONRY, LLC

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Laborers Health Fund, Building & Public Works Laborers Vacation Fund, Thomas Fisher, Wisconsin Laborers-Employers Cooperation and Education Trust Fund, Masons Local 8 Health Fund,

Frederick Hultquist, Building Trades United Pension Trust Fund, Nacarci Feaster, and Industry Advancement Program/Contract Administration, recover from the Defendant Twin Masonry, LLC the sum of $28,342.29 for contributions, interest, liquidated damages for the audit periods August 1, 2006 through September 30, 2007 and September 1, 2007 through June 30, 2008.

Dated at Madison, Wisconsin, this 26th day of ~~February~~ March, 2009.

_____
Clerk of Court

_____
Deputy Clerk

Approved as to form this 25th day of ~~February~~ March, 2009.

_____
U. S. District Court Judge